IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00068-MSK-MJW

JAMES H. MASON, D.D.S.,
JAMES H. MASON, D.D.S., P.C., and
JAMES H. MASON, D.D.S., PLLC,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware corporation,
ORTHODONTIC CENTERS OF GEORGIA, INC., a Delaware corporation, and
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware corporation,

    Defendants.

_____

## ORDER DENYING MOTION TO ADMINISTRATIVELY CLOSE CASE
_____

**THIS MATTER** comes before the Court pursuant to the Motion to Administratively Close Case Pursuant to Agreement by the Parties **(#17)**.

The Parties did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 15th day of June 2006.

                                              **BY THE COURT:**

_____

                                              Marcia S. Krieger
                                              United States District Judge