IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00068-MSK-MJW

JAMES H. MASON, D.D.S.,
JAMES H. MASON, D.D.S., P.C., and
JAMES H. MASON, D.D.S., PLLC,

      Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware corporation,
ORTHODONTIC CENTERS OF GEORGIA, INC., a Delaware corporation, and
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware corporation,

      Defendants.

_____

**ORDER GRANTING MOTION TO ADMINISTRATIVELY CLOSE CASE
PURSUANT TO AGREEMENT BY THE PARTIES**
_____

**THE COURT**, having reviewed the parties' Motion to Administratively Close Case Pursuant to Agreement by the Parties **(#19),** pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause, hereby

**GRANTS** the motion. This case shall be administratively closed subject to reopening for good cause. A final order confirming a plan of reorganization in the bankruptcy proceeding shall constitute good cause for purposes of reopening this case.

Dated this 20th day of June, 2006.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge