IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00068-MSK-MJW

JAMES H. MASON, D.D.S.,
JAMES H. MASON, D.D.S., P.C., and
JAMES H. MASON, D.D.S., PLLC,

      Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware corporation,
ORTHODONTIC CENTERS OF GEORGIA, INC., a Delaware corporation, and
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware corporation,

      Defendants.

## ORDER

**IT IS ORDERED** that all pending motions in this case are denied without prejudice on the grounds that this case has been closed and no one has moved to reopen.

Dated this 6th day of November, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge