IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00068-MSK-MJW

JAMES H. MASON, D.D.S.,
JAMES H. MASON, D.D.S., P.C., and
JAMES H. MASON, D.D.S., PLLC,

       Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware corporation,
ORTHODONTIC CENTERS OF GEORGIA, INC., a Delaware corporation, and
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware corporation,

       Defendants.
_____

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR[1]
_____

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **January 7, 2009,** at **11:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the Motion to Reopen Case **(#57)** and Renewed Motion to Reopen Case and Request for Status Conference **(#61)**.

---

[1] Iadvertently, this Order was previously issued with the wrong caption. The incorrect Order at Docket # 62 is deemed a nullity and should be disregarded.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 10th day of December, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge