**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush            Date: January 9, 2009
Court Reporter:   Paul Zuckerman

Civil Action No. 06-cv-00068-MSK-MJW

*Parties*:                                *Counsel Appearing*:

JAMES H. MASON, D.D.S.,                   Steven Michalek
JAMES H. MASON, D.D.S., P.C., and
JAMES H. MASON, D.D.S, PLLC,

Plaintiffs,

v.

ORTHODONTIC CENTERS OF                    David Steefel
COLORADO, INC.,                           David Tonini
ORTHODONTIC CENTERS OF
GEORGIA, INC., and
ORTHODONTIC CENTERS OF
AMERICA, INC.,

       Defendants.

---

## COURTROOM MINUTES

---

Law and Motion Hearing

2:38 p.m.      Court in session.

Discussion regarding reopening this case.

**ORDER**:     Defendants' Motion to Reopen Case (Doc. 57) and Defendants' Renewed Motion to Reopen Case (Doc. 61) are denied.

2:54 p.m.      Court in recess.

Total Time: 00:16
Hearing concluded.